# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-306-339

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
June 29, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Swag bear |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 10, 2022 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| • **Author:** | ROADGET BUSINESS PTE. LTD. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Singapore |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | ROADGET BUSINESS PTE. LTD. |
| | 7 Temasek Boulevard, #12-07, Suntec Tower One, Singapore, 038987, Singapore |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ni, Wang & Massand, PLLC |
| **Name:** | Timothy T. Wang |
| **Email:** | twang@nilawfirm.com |
| **Telephone:** | (972)331-4603 |
| **Address:** | 8140 Walnut Hill Lane, Suite 500 |
| | Dallas, TX 75231 United States |

## Certification

Page 1 of 2

**Name:** Timothy T. Wang
**Date**: June 03, 2022
**Applicant's Tracking Number**: ACIPGZ-130