# **<u>EXHIBIT B</u>**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-351-450**

**Effective Date of Registration:**
June 13, 2023
**Registration Decision Date:**
June 16, 2023



## Supplementary Registration

| | |
|---|---|
| Supplement To: | VA0002306339, 2022 |

## Title

| | |
|---|---|
| Title of Work: | Swag bear |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | March 10, 2022 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | Guangzhou Shein International Import & Export Co. Ltd. |
  | Author Created: | 2-D artwork |
  | Work made for hire: | Yes |
  | Domiciled in: | China |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Roadget Business Pte. Ltd. |
| | 12 Marina Boulevard, 15 floor, Sinapore, Singapore |
| Transfer statement: | By written agreement |

## Certification

| | |
|---|---|
| Name: | Jeffrey Yee, Authorized agent of Roadget Business Pte. Ltd. |
| Date: | June 13, 2023 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 2

**Explanation of Corrections:** correcting author from Roadget Business Pte. Ltd. to Guangzhou Shein Import Export International Co. Ltd.

**Explanation of Amplifications:** n/a