# **<u>EXHIBIT A</u>**



| Position | Website | Change | Visits | Pages / Visit | Bounce rate |
|---|---|---|---|---|---|
| 10 | asos.com | ↓ 2 | 32,834,419 | 4.81 | 44.02% |
| 11 | gap.com | ↑ 1 | 39,487,724 | 5.86 | 39.43% |
| 12 | poshmark.com | ↓ 2 | 38,596,243 | 4.36 | 52.2% |
| 13 | zozo.jp | ↑ 3 | 37,878,420 | 8.36 | 37.67% |
| 14 | ajio.com | ↓ 1 | 35,591,731 | 2.66 | 65.67% |
| 15 | nordstrom.com | ↓ 1 | 32,113,683 | 2.43 | 56.47% |
| 16 | zalando.de | ↑ 3 | 31,723,021 | 6.27 | 42.49% |
| 17 | coppel.com | ↓ 2 | 31,314,992 | 3.23 | 64.53% |
| 18 | stockx.com | ↓ 1 | 30,431,128 | 1.98 | 65.83% |
| 19 | jcpenney.com | ↑ 3 | 28,015,725 | 3.94 | 55.02% |
| 20 | sinsay.com | – | 26,804,703 | 4.65 | 53.14% |

Most Visited Websites by Traffic in the World for Finance →

Share:

## More data. Deeper insights. Better strategy.

Tinker with .Trends tools to find more intel on all things market and competition.

### Traffic Analytics

Unwrap rivals' site performance and traffic generation hacks

**Market Explorer**

Explore emerging market trends and get instant market overview

**EyeOn**

Get competitive insights delivered straight to your inbox

# Top Apparel and Fashion Websites in the World for September 2023

The list above is the essence of your leading industry websites, curated based on geography. To keep your finger on the pulse of market fluctuations and shifts in audience interests, we refresh this list frequently.

Our traffic insights are drawn from the .Trends platform, a resource rich in clickstream data, aggregating petabytes from a blend of proprietary and external data pools. We apply our in-house AI algorithms to assemble, purify, and analyze this colossal amount of raw data, thus mapping the online journey of over 200 million real, albeit anonymized, users.

If you're curious to learn more about our data-gathering process, feel free to delve into it here.

## Most Popular Apparel and Fashion Websites in the World

shein.com is the most visited Apparel and Fashion website in the World in September 2023, attracting nearly 200.07M monthly visits. With second-placed mercari.com receiving 129.86M visits in the same period. myntra.com also performed strongly, generating nearly 125.73M visits.

Pages/Visit – an estimate of how many pages (on average) a person visits in one session on the website. The total average pages per visit for these popular websites is 3.83 pages. The highest average pages per visit – zozo.jp – 8.36 pages.

Bounce Rate – an estimate of the website's average bounce rate, or percentage of visitors that leave the website after viewing just one page. The total average bounce rate is 55.31% and the highest bounce rate – shop.app – 82.57%.

| Monthly Metrics | Max | Average | Min |
|---|---|---|---|
| Visits | 200.07M | 63.34M | 26.8M |
| Pages/Visits | 8.36 | 3.83 | 1.3 |
| Bounce Rate | 82.57% | 55.31% | 37.67% |

Last updated: November 13, 2023

## Check all data for all domains

Get data for all countries and a full analysis for any website

Try for Free

Contact us

USA, 800 Boylston Street, Suite 2475,
Boston, MA 02199

Get started with Semrush!

or see our plans & pricing

**SEMRUSH**
Features
Pricing
Success Stories
Stats and Facts
Insights
News

**HELP**
Knowledge Base
Academy
Semrush API

**COMMUNITY**
Semrush Blog
Webinars

**MORE TOOLS**
Analytics Reports
Projects
Content Marketplace
Agency Partners
Affiliate Program
SEOquake
Sensor
Prowly
Kompyte
App Center
Enterprise SEO

**COMPANY**
About Us
Newsroom
Careers
Partners
Legal Info
Privacy Policy
Cookie Settings
Security Info
For Investors
Semrush Select
Global Issues Index
Contact Us

**FOLLOW US**
Twitter
Facebook
LinkedIn
Instagram
YouTube
Pinterest

**LANGUAGE**
English
Español
Deutsch
Français
Italiano
Polski
Português (Brasil)
Svenska
Tiếng Việt
Türkçe
中文
日本語
한국어

© 2008 - 2023 Semrush. All rights reserved.