# **EXHIBIT B**



# Most Downloaded Fashion Apps in 2022



by **Oriane Ineza**
Content Marketing Specialist

LAST UPDATED ON MARCH 20 2023 — 3 MIN READ

### Subscribe to our monthly newsletter



ecently, **AppTweak has launched AppDNA**, a unique taxonomy that divides app store categories into more precise classifications to better match an app's core purpose.

R What does this exactly mean? Apple and Google have created several broad categories to classify their apps. For example, fashion brands, but also retailers, or coupon apps are all listed in the Shopping category. This makes it very hard to compare the performance of similar apps and their direct competitors. Thanks to AppTweak's AppDNA, we are able to distinguish those fashion apps from retailer and coupon apps, so that you can **find insights that are more closely related to your app's core functionality**.

# Most downloaded fashion apps in the US in 2022

| iOS App Name | iOS Downloads | GP App Name | GP Downloads |
|---|---|---|---|
| Shop: All your favorite brands | 6.65M | SHEIN-Fashion Shopping Online | 12.1M |
| SHEIN – Online Fashion | 5.82M | Shop: All your favorite brands | 6.36M |
| GOAT – Sneakers & Apparel | 4.52M | GOAT – Sneakers & Apparel | 1.62M |
| Fashion Nova | 2.5M | PatPat – Kids & Baby Clothing | 1.57M |
| H&M – we love fashion | 2.2M | CIDER – Clothing & Fashion | 1.1M |
| Old Navy: Shop for New Clothes | 2.05M | Zulily | 1.01M |
| ZARA | 1.84M | Belk | 959K |
| Depop | Buy & Sell Clothing | 1.81M | Fashion Nova | 805K |
| lululemon | 1.24M | Chic Me – Chic in Command | 576K |
| PrettyLittleThing | 1.2M | PUMA | 170K |

*Source: AppTweak (January – October 2022).*

With 17.9 million downloads so far in 2022, **Shein is the most downloaded fashion app in the United States.** Shein is a very popular Chinese fast-fashion company offering clothing at very affordable prices.

*Shop* follows with 13 million downloads. *Shop*, initially a shipment tracking app developed by Shopify, also features brands on their app, allowing users to stay connected with their favorite brands in one place.

*PatPat* is the only app for kids and baby clothing that makes it to the top 10 (on Google Play). Next to online fashion e-commerce companies like *Goat*, *Cider*, *Pretty Little Things*, *Chic Me*, and

*Zuliliy*, *Depop* is the only peer-to-peer e-commerce app that ranks in the top 10 in the fashion AppDNA on the App Store.

Other popular brands include *H&M*, *Old Navy*, *Zara*, *Lululemon*, and *Puma*.

# Shopping category trends by AppDNA




Shopping category trends in 2022 – AppDNA.



*Shopping category trends in 2021 - AppDNA.*

Within the Shopping category, **fashion apps represent most of the app downloads** (19.2%), followed by coupon & promotions apps and retailer apps.

**The share of downloads for fashion apps, however, decreased in 2022 (19.2%) compared to 2021 (23.8%),** in favor of coupon and promotions apps – a sign of the shifting consumer behaviors as a result of the current inflation and looming economic downturn.

# Most popular keywords among fashion apps

Thanks to AppTweak's new AppDNA feature, you can **easily identify top players within your industry** and **benchmark app performance**. Also, AppDNA also powers many of AppTweak's features and insights. Within our keyword tool, you can now see the most popular keywords apps in your AppDNA rank.

| Keyword | Volume |
|---|---|
| shein | 78 |
| fashion nova | 66 |
| shop | 64 |
| h m | 63 |
| zara | 62 |
| old navy | 62 |
| macys | 61 |
| american eagle | 59 |
| lululemon | 59 |
| victoria secret | 58 |

Source: AppTweak (January – October 2022)

The **most popular keyword for fashion apps is "Shein."** This does not come as a surprise, since *Shein* is the most downloaded fashion app in the US.

Other popular brand names users search for include "h m" (for *H&M*), *Zara*, *Old Navy*, *American Eagle*, *Lululemon*, and *Victoria's Secret*.

---

Unlock more precise ASO insights with our brand-new AppDNA taxonomy and its related features (https://www.apptweak.com/en/aso-blog/gain-advanced-app-store-insights-with-new-appdna-taxonomy).

Start a 7-day free trial (https://app.apptweak.com/accounts/new)

---



by **Oriane Ineza**, Content Marketing Specialist

Oriane is a Content Marketing Specialist at AppTweak, creating content for app marketers. She enjoys exploring the world through books, movies, and food.

in (https://www.linkedin.com/in/orianeineza/)

---

# Related posts



AppTweak Releases

NOVEMBER 14, 2023

## ASO with AppTweak: Course & Certification

Grow your ASO knowledge with ASO with AppTweak course & certification.

 Oriane Ineza

(https://www.apptweak.com/en/aso-blog/aso-with-apptweak-course-certification)



AppTweak Releases

NOVEMBER 8, 2023

## Promotional Content & In-App Events on AppTweak

Know how AppTweak provides insights on in-app events & promotional content.



Flavien Eyer

(https://www.apptweak.com/en/aso-blog/in-app-events-are-now-available-on-apptweak-and-apptweak-only)



AppTweak Releases   Start ASO

NOVEMBER 1, 2023

## How to Find the Best Keywords for App Store Optimization

So you've decided to optimize your app metadata and are wondering how to identify the most relevant keywords for your ...

  Lucas Riedinger

(https://www.apptweak.com/en/aso-blog/how-to-choose-the-best-keywords-for-your-ios-android-app)



AppTweak Releases

OCTOBER 18, 2023

## Analytics: Monitor App Performance (Downloads, Rank, & More)

The Analytics section is a crucial part of AppTweak since that is where you can measure the impact of your …

 Justine De Halleux

(https://www.apptweak.com/en/aso-blog/analytics-2-0-a-new-way-to-monitor-app-performance)



Advanced ASO   AppTweak Releases

SEPTEMBER 20, 2023

## How to Improve Review Management & App Customer Support

We've built a complete tool that allows you to minimize the time spent on reviews while increasing user satisfaction and ...

 Flavien Eyer

(https://www.apptweak.com/en/aso-blog/how-to-improve-review-management-app-customer-support)



AppTweak Releases    Search Ads

SEPTEMBER 12, 2023

# New Tools to Manage Apple Search Ads Campaigns

Learn about AppTweak's Search Ads Manager, a new tool allowing you to create & manage ASA campaigns and unite ASO …

 Florentin Zachary

(https://www.apptweak.com/en/aso-blog/new-tools-to-manage-apple-search-ads-campaigns)

See all posts (https://www.apptweak.com/en/aso-blog)

Copyright: apptweak.com