# **EXHIBIT C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-306-339**

Effective Date of Registration:
June 03, 2022
Registration Decision Date:
June 29, 2022

## Title

| | |
|---|---|
| Title of Work: | Swag bear |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | March 10, 2022 |
| Nation of 1st Publication: | China |

## Author

| | |
|---|---|
| • Author: | ROADGET BUSINESS PTE. LTD. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | Singapore |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | ROADGET BUSINESS PTE. LTD.<br>7 Temasek Boulevard, #12-07, Suntec Tower One, Singapore, 038987, Singapore |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Ni, Wang & Massand, PLLC |
| Name: | Timothy T. Wang |
| Email: | twang@nilawfirm.com |
| Telephone: | (972)331-4603 |
| Address: | 8140 Walnut Hill Lane, Suite 500<br>Dallas, TX 75231 United States |

## Certification

Page 1 of 2

**Name:** Timothy T. Wang
**Date**: June 03, 2022
**Applicant's Tracking Number**: ACIPGZ-130