# **EXHIBIT D**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-351-450

**Effective Date of Registration:**
June 13, 2023
**Registration Decision Date:**
June 16, 2023

---

## Supplementary Registration

**Supplement To:** VA0002306339, 2022

## Title
**Title of Work:** Swag bear

## Completion/Publication
**Year of Completion:** 2021
**Date of 1st Publication:** March 10, 2022
**Nation of 1st Publication:** United States

## Author
- **Author:** Guangzhou Shein International Import & Export Co. Ltd.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant
**Copyright Claimant:** Roadget Business Pte. Ltd.
12 Marina Boulevard, 15 floor, Sinapore, Singapore
**Transfer statement:** By written agreement

## Certification
**Name:** Jeffrey Yee, Authorized agent of Roadget Business Pte. Ltd.
**Date:** June 13, 2023

---

**Correspondence:** Yes

**Explanation of Corrections:** correcting author from Roadget Business Pte. Ltd. to Guangzhou Shein Import Export International Co. Ltd.

**Explanation of Amplifications:** n/a