# **EXHIBIT E**

# SHEIN

Men Jackets  🔍  👤  🛒 0  ♡ 0  🎧  🌐

Categories ▾ | New In | Sale | Women Clothing | Curve | Kids | Men Fashion | Women Lingerie & Sleep | Women Jewelry & Accessories | Women Shoes | Home &

Home / Men Apparel / Men Clothing / Men Tops / Men T-Shirts / Manfinity LEGND Men Bear Print Round Neck Tee

**Manfinity LEGND Men Bear Print Round Neck Tee**

SKU: sm2112224695842629    ★★★★☆ (1000+ Reviews)

**$8.99**  $10.49  -14%

30% OFF For orders $9.90+ • 25% OFF For orders $59.00+  ›

Color:  Black                                                   Large image

[Black Hot] [White] [Blue Hot] [Grey]

Size   US Size ⌄

[36 (S)]  [38 (M)]  [40 (L)]  [42 (XL)]  [44 (XXL)]

📐 Size Guide

**ADD TO CART**   ♡

Earn up to **8** SHEIN Points calculated at checkout.

**Shipping To United States**

🚚 Delivery                                                    ‹ 1/2 ›

Standard Shipping:**$3.99** ,FREE on          Express Shipping:**$12.90** ,FREE on
orders **$29.00+**                             orders **$129.00+**
Estimated to be delivered on 14/12/2023        Estimated to be delivered on 12/12/2023
- 17/12/2023.                                  - 14/12/2023.
 77.13% are ≤ **10** days                       80.94% are ≤ **7** days

Join and get a SHEIN CLUB shipping coupon ›
Sold by & Ships from: SHEIN  Report

🛡 Free Return & Exchange
Learn More

Description                                                           +

Size & Fit

About Store

Matching Styles



1 Items                          1 Items

Daddy And Me                     Matching Choices

View Outfits



SHEIN    Men Jackets    0  0

Categories ▾   New In   Sale   Women Clothing   Curve   Kids   Men Fashion   Women Lingerie & Sleep   Women Jewelry & Accessories   Women Shoes   Home &



21 Jun,2022    Points Program

a***2    ★★★★★    Helpful (41)

Height: 150 cm / 59 in
Waist: 98 cm / 39 in
More ▾

This T-shirt is so cute. I found this shirt in the men's section and well, it was must have. I had absolutely No Problem getting my size preference even in the mens department. I utilized the provided size chart and was able to order my size. I am a 44 Bust and prefer to order 48-50/52 Bust. This size fits me perfectly and is not baggy or sloppy looking. I am Thankful to SHEIN for their Numerous Sizes, Styles and Colors available. I can Always find what I am looking for!!! Also the Pricing is perfect and fits my fixed income. And, You can't beat the FREE SHIPPING!! Like always my order arrived 7 days faster than the Estimated Delivery Date.

Translate

**Overall Fit:** True to Size   **Color:** Black   **Size:** XXL

30 Apr,2022    Points Program

   1   2   3   4   5   6   7   8   9   10

## Customers Also Viewed

        

$7.19 -20%    $6.39 -20%    $8.49 -11%    $6.99 -18%    $7.65 -19%
             Daddy & Me  Family look

        







$5.59 -20%

$9.34 -15%
Fall Essential

$7.19 -20%
Cotton

$8.49 -6%

$6.99 -13%

View More



**COMPANY INFO**
About SHEIN
Sustainability
Fashion Blogger
Supply Chain
Careers
Student Discount
#SHEIN101

**HELP & SUPPORT**
Shipping Info
Returns
Refund
How To Order
How To Track
Size Guide
SHEIN VIP
Sell On Shein

**CUSTOMER CARE**
Contact Us
Payment & Tax
Bonus Point

**FIND US ON**

**SIGN UP FOR SHEIN STYLE NEWS**

Your Email Address — Subscribe

US + 1 — WhatsApp Account — Subscribe

By clicking the SUBSCRIBE button, you are agreeing to our Privacy & Cookie Policy. If you want to unsubscribe the marketing email, please proceed to our privacy center.

**DOWNLOAD SHEIN APP TO SAVE MORE!**

GET EXTRA 20%

©2009-2023 SHEIN All Rights Reserved
Privacy Center | Privacy & Cookie Policy | Do Not Sell My Personal Information
Terms & Conditions | IP Notice | Accessibility | Imprint | Ad Choice | United States

View Outfits