IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, OR UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:23-cv-16262 |

## PLAINTIFF'S MOTION TO UNSEAL DOCUMENTS

Plaintiff Roadget Business Pte. Ltd. moves this Court for an order unsealing the case—specifically, docket entries 5, 9, 10, and 12 and attached exhibits. Roadget originally requested leave to file these documents under seal because of the substantial risk that Defendants—who operate anonymously online—would disappear upon notice of the litigation and frustrate Roadget's ability to obtain injunctive relief. Since then, there have been developments (e.g., the freezing of Defendant accounts) that eliminate the pressing need to maintain the documents under seal. Accordingly, Roadget respectfully requests that all documents under docket entries 5, 9, 10, and 12 be unsealed.

Dated: December 18, 2023  Respectfully submitted,

<u>/s/Steven J. Horowitz</u>
Steven J. Horowitz (ARDC No. 6307861)
Deepa A. Chari (ARDC No. 6345554)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
dchari@sidley.com
*Counsel for Plaintiff Roadget Business Pte. Ltd.*