## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Roadget Business Pte. Ltd.

                          Plaintiff,

v.

Case No.: 1:23−cv−16262

Honorable Jeffrey I Cummings

The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A Hereto

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's motion for leave to file a reply brief [41] in support of the motion for preliminary injunction is granted over defendants' objection. Plaintiff's reply shall be no more than ten pages and shall be filed by 2/13/24. Defendants' unopposed motion for leave to file supplemental declarations in support of opposition to the motion for preliminary injunction [43] is and defendants' unopposed motion for leave to file under seal [44] are granted. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.