**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>       Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>       Defendants. | CIVIL ACTION NO. 1:23-cv-16262<br><br>Judge: Hon. Jeffrey I. Cummings |

## DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO SEVER

Defendants[1] hereby move this Court to dismiss Plaintiff's Complaint and/or sever for the

following reasons:

---

[1] This motion is by the following Defendants listed on Schedule A of the Complaint: **Defendant Nos. 1 and 2** (Guangzhou Blackbeard Media Co., LTD., dba Onepeace and Zoro A), **Defendant No. 3** (Guangzhou Chengfeng Garment Co., Ltd., dba Yestoday Once More), **Defendant No. 4** (Guangzhou Dexian Clothing Co., Ltd., dba Zero Series), **Defendant No. 5** (Guangzhou Tianhe District Shahe Jinyu Clothing Store, dba Perfect Man), **Defendant No. 6** (Puning Liding Trading Co., Ltd., dba Saloni), **Defendant No. 7** (Guangzhou Tianhe District Shahederan Clothing Store, dba Eurolaton), **Defendant No. 8** (Guangzhou Dayinfang Digital Trading Co., Ltd., dba Mus Tang), **Defendant No. 10** (Peiwen Luo, dba Bear Best), **Defendant No. 11** (Foshan City Chancheng District Danjinjie Clothing Factory, dba Dan Jinjie Clothing Factory), **Defendant No. 12** (Foshan Jiayuanning Children's Clothes Co., Ltd., dba Happy Girl Clothes), **Defendant No. 14** (Guangzhou City Baiyun District Dayuanxinze Clothing Store, dba Haccefe), **Defendant No. 17** (Yijun Wu, dba Heimananzhuangdian), **Defendant Nos. 18, 22, and 26** (Shenzhen Kaiheng Qianse Clothing Co., Ltd., dba Good Boy Boy, Fighter Planes, and Zero A), **Defendant No. 20** (Shilumei Apparel (Guangzhou) Co., Ltd., dba Mens Prince), **Defendant No. 23** (Yaying Chen, dba Pixie Babies), **Defendant No. 24** (Xiamen Qizhouda E-commerce Co., Ltd., dba Qgirlcloth), **Defendant No. 25** (Guangzhou Huitingwang E-commerce Co., Ltd., dba Because of U), **Defendant No. 28** (Guangzhou City Baiyun District Dayuan Pengda Clothing Store, dba Liushixiongdi), **Defendant No. 29** (Guangzhou Zuowei Clothing Co., Ltd., dba Step Men Clothing).

1. Plaintiff's claims against Defendant Nos. 5, 8, 23, 24, 25, and 28 should be dismissed for lack of personal jurisdiction.

2. Plaintiff's claims against Defendant Nos. 2–8, 11, 12, 14, 18, 20, 22, 24–26, 28, and 29 should be dismissed on the grounds of improper service of process.

3. Plaintiff's claims against all Defendants should be dismissed for failure to state a claim because Plaintiff has failed to allege facts sufficient to establish ownership of its copyright.

4. Plaintiff's claims against all Defendants for exemplary damages should be dismissed or stricken because such damages are not permitted under the Copyright Act.

5. Plaintiff's claims against all Defendants for enhanced statutory damages should be dismissed because the Complaint fails to adequately plead facts necessary to support that form of damages.

6. Plaintiff's claims against all Defendants should be severed into separate actions due to improper joinder, or, at a minimum, Plaintiff should have to show cause why the Defendants may be joined under Fed. R. Civ. P. 20.

In support of its motion, Defendants submit the accompanying brief.

Dated: February 12, 2024                         Respectfully Submitted,

                                                 /s/_____Christopher J. Fahy_____

2

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

*Counsel for Defendants*


Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*
*Pro hac vice pending*


William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

*Counsel for Defendants*