# Liu Jinming Declaration

# 刘锦明声明

本人刘锦明，声明如下：

1. 本人已经年满21周岁，本声明系本人根据个人意愿、个人所知或对在正常业务过程中制作和保存的同期记录的审阅而作出。如有需要，我将在宣誓后就本声明中的内容作证。
2. 本人是广州市天河区沙河锦雨服饰店（"企业"）的经营者，企业在Temu.com经营店面名为"Perfect man"（"店铺"），该店铺在原告 Roadget Business PTE. LTD.（"原告"）向美国伊利诺伊州北区联邦地方法院提交的诉状的"附件 A"中被指定为被告5，案件号为：1:23-cv-16262。
3. 据我了解，原告声称企业通过店铺提供销售的某些产品侵犯了其声称的"Swag Bear"（"涉诉产品"）设计版权权利。
4. 在审查企业保存的销售记录后，据我所知和所信，店铺尚未向伊利诺伊州的任何人出售或配送任何涉诉产品。在收到TRO之后，涉诉产品已于2023年12月15日停止销售。
5. 企业没有向伊利诺伊州居民进行任何针对涉诉产品的广告或促销活动。
6. 企业在伊利诺伊州没有银行账户、办公设施、业务运营、雇员、代理或库存。

我愿意以承担美利坚合众国法律下伪证罪的处罚宣誓，以上内容据我所知属实无误。

2024 年 2 月 9 日

刘锦明



## DECLARATION OF LIU JINMING

I, Liu Jinming, declare as follows.

1. I am over the age of 21, and I make this declaration on my own free will and from my personal knowledge or on my review of contemporaneous records made and maintained in the ordinary course of business. If required, I would testify competently under oath regarding the statements contained herein.

2. I am the operator of Guangzhou City Tianhe District Shahe Jinyu Clothing Store (the "Enterprise"), which operates the storefront on Temu.com called "Perfect man" (the "Store"), identified as Defendant No. 5 in "Schedule A" of the Complaint filed by Plaintiff Roadget Business PTE. LTD. ("Plaintiff") in the U.S. District Court for the Northern District of Illinois, Case No. 1:23-cv-16262.

3. I understand that Plaintiff claims certain products sold by the Enterprise through the Store infringe its claimed rights in copyrighted designs referred to as "Swag Bear" (the "Accused Product").

4. After a review of sales records maintained by the Enterprise, and to the best of my knowledge and belief, the Store has not sold or shipped any units of the Accused Product to anyone in Illinois. Sales of the Accused Product were discontinued on December 15, 2023, with the issuance of the TRO.

5. The Enterprise has not engaged in any targeted advertising or promotions of the Accused Product to residents of Illinois.

6. The Enterprise does not have any bank accounts, office facilities, operations, employees, agents, or inventory in Illinois.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

February [hw:] 9, 2024



Liu Jinming



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**#5 (Liu) declaration - MTD-(1)**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
February 9, 2024

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 **27**

_____
Stamp, Notary Public