IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO <br><br> Defendants. | CIVIL ACTION NO. 1:23-cv-16262 <br><br> Judge: Hon. Jeffrey I. Cummings |

**DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants move for leave to file a three-page sur-reply to respond to new evidence and new legal positions raised in Plaintiff's Reply brief (ECF No. 52) filed in support of its Motion for Preliminary Injunction. In support of their motion, Defendants state as follows:

1. Plaintiff filed a Motion for Preliminary Injunction. ECF No. 21. Defendants filed an Opposition. ECF No. 38. Plaintiff then moved the Court for leave to file a Reply brief, which the Court granted. ECF No. 41, 42, 47. Plaintiff filed its Reply brief on February 13, 2024. ECF No. 52.

2. Plaintiff's Reply introduces new and material evidence not previously disclosed in these proceedings, and thus warrants Defendants be provided the opportunity to submit a response. *See Belcastro v. United Airlines, Inc*., No. 17-cv-1682, 2019 WL 1651709, at *14

1

(N.D. Ill. Apr. 17, 2019) (sur-reply appropriate where party raises new evidence or argument in reply and other party would be prejudiced if unable to respond).

3. *First*, for the first time in its Reply brief, Plaintiff submitted two indispensable chain-of-title contracts on which Plaintiff contends its copyright "ownership" is established. *See* ECF No. 52-2 (employment agreement between Soby Ou and Guangzhou Shein); ECF No. 52-3 (assignment agreement between Guangzhou Shein and Plaintiff). Plaintiff did not previously submit or produce these documents, and Defendants had not yet seen them before Plaintiff filed its Reply. Plaintiff asserts in its Reply that the new chain-of-title contracts cure the ownership deficiencies raised in Defendants' Opposition. *See* ECF No. 38 at 4–6. Defendants believe this new evidence actually exacerbates the deficiencies and prove Plaintiff is not the valid owner of the copyright. Defendants request leave to briefly explain why.

4. *Second*, Plaintiff has shifted its personal jurisdiction theory. Plaintiff asserted in the Complaint, Motion for TRO, and Motion for Preliminary Injunction that personal jurisdiction against Defendants is based on Defendants' sales of the accused products to Illinois residents. Defendants challenged this in their Opposition. In its Reply, Plaintiff now argues personal jurisdiction is based on Fed. R. Civ. P. 4(k)(2). This new position warrants allowing Defendants to respond, which will include a concession of jurisdiction in Illinois for some Defendants but an explanation as to why personal jurisdiction for others in Illinois is improper under Rule 4(k)(2).

5. Therefore, Defendants respectfully request that the Court allow Defendants a three-page sur-reply to respond to Plaintiff's new evidence and new legal positions. Plaintiff has indicated that it (1) opposes the instant motion and (2) that it intends to file an opposition

by Friday, February 23, 2024. Defendants have consented to this briefing schedule.

Dated: February 16, 2024            Respectfully Submitted,

                                         /s/    Christopher J. Fahy

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

*Counsel for Defendants*

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*
*Pro hac vice forthcoming*

William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

*Counsel for Defendants*