IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>Defendants. | CIVIL ACTION NO. 1:23-cv-16262<br><br>Judge: Hon. Jeffrey I. Cummings |

**DEFENDANTS' UNOPPOSED EMERGENCY MOTION TO MODIFY ASSET FREEZE PENDING RULING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION[1]**

Defendants move the Court to modify the TRO (ECF No. 12) by reducing the asset freeze to each of the Defendants' gross sales revenue from the accused products until Plaintiff's Motion for PI (ECF No. 21) is resolved. Plaintiff does not oppose this emergency motion.

1.    The asset freeze in the TRO issued on Dec. 5, 2023 is indefinitely freezing "any money or other [] assets in any of Defendants' financial accounts." ECF No. 12 at ¶ 2; *see also id*. at ¶ 6(b) (requiring third parties to "restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court").

2.    In response to the TRO, third-party Temu, the e-commerce platform on which the accused products were sold, produced data showing: (1) the Defendants' gross sales revenue from

---

[1] This Motion is submitted by the Opposing Defendants listed in footnote 1 at ECF No. 38.

the accused products (in the aggregate, $379,694.49), and (2) the extent of the freeze on Defendants' assets (in the aggregate, $1,890,223.55). *See* ECF No. 38-04 at ¶ 9, Ex. V. For ease of reference, below is a table showing each of the Defendants' gross sales revenue from the accused products, as reflected in Temu's sales data.

| **Defendant Numbers and Names** | **Gross Sales Revenue** |
|---|---|
| **Nos. 1, 2** – Guangzhou Blackbeard Media Co., LTD. dba Onepeace and Zoro A | $195,895.93 |
| **No. 3** – Guangzhou Chengfeng Garment Co., Ltd. dba Yestoday Once More | $1,375.34 |
| **No. 4** – Guangzhou Dexian Clothing Co., Ltd. dba Zero Series | $2,133.00 |
| **No. 5** – Guangzhou Tianhe District Shahe Jinyu Clothing Store dba Perfect Man | $130.22 |
| **No. 6** – Puning Liding Trading Co., Ltd. dba Saloni | $130,445.45 |
| **No. 7** – Guangzhou Tianhe District Shahederan Clothing Store dba Eurolaton | $7,894.69 |
| **No. 8** – Guangzhou Dayinfang Digital Trading Co., Ltd. dba Mus Tang | $10.22 |
| **No. 10** – Peiwen Luo dba Bear Best | $198.45 |
| **No. 11** – Foshan City Chancheng District Danjinjie Clothing Factory dba Dan Jinjie Clothing Factory | $13,489.22 |
| **No. 12** – Foshan Jiayuanning Children's Clothes Co., Ltd. dba Happy Girl Clothes | $121.35 |
| **No. 14** – Guangzhou City Baiyun District Dayuanxinze Clothing Store dba Haccefe | $178.90 |
| **No. 17** – Yijun Wu, dba Heimananzhuangdian | $494.05 |
| **No. 18, 22, 26** – Shenzhen Kaiheng Qianse Clothing Co., Ltd. dba Good Boy Boy, Fighter Planes, and Zero A | $14,129.81 |
| **No. 20** – Shilumei Apparel (Guangzhou) Co., Ltd. dba Mens Prince | $ 13,108.46 |
| **No. 23** – Yaying Chen dba Pixie Babies | $23.81 |
| **No. 24** – Xiamen Qizhouda E-commerce Co., Ltd. dba Qgirlcloth | $65.59 |
| **No. 25** – Guangzhou Huitingwang E-commerce Co., Ltd. dba Because of U | $0 |
| **No. 28** – Guangzhou City Baiyun District Dayuan Pengda Clothing Store dba Liushixiongdi | $64.90 |
| **No. 29** – Guangzhou Zuowei Clothing Co., Ltd. dba Step Men Clothing | $7,640.04 |
| **Totals** | **$379,694.49** |

3. Defendants filed their opposition to Plaintiff's Motion for PI on Jan. 23, 2024, raising several grounds for opposition, including that the asset freeze is overly broad in that it is freezing Defendants' funds well in excess of the gross sales revenue at issue ($1,890,223.55 frozen versus $379,694.49 in sales revenue), even putting aside the larger disparity between the amount frozen and the net profits from the accused products ($36,894). *See* ECF No. 38 at 16. The harm to Defendants due to the indefinite asset freeze is extensive. It is preventing them from deriving any

2

revenue at all from the sale of products that are *not accused* of infringement (which is their source of income and cash flow). As a result, Defendants are struggling to make payroll and pay their suppliers, which is irreparably disrupting their business partnerships, employee relationships, and their reputations. Some Defendants already had to lay off hundreds of employees. *Id*. at 11–13.

4. Moreover, on Feb. 27, 2024, third-party Temu made a supplemental production of data, reflecting a substantial increase in the amount frozen in Defendants' Temu accounts, further exacerbating the disproportion between the asset freeze and the amount at issue. For context, the reason that the frozen fund amount has increased (and likely will increase perpetually if the asset freeze remains unchanged) is because the Defendants continue to sell *unaccused* products on Temu, and thus continue to receive sales revenue in their Temu accounts. However, because the TRO asset freeze covers all funds in any accounts, the new sales revenue is frozen the moment it is received in the Defendants' Temu accounts, thus perpetually increasing the amount frozen in the accounts.

5. Thus, Defendants respectfully request that the Court issue the Proposed Order submitted via email per the Court's procedures modifying the asset freeze from its current scope to reflect a freeze only on the gross sales revenue for each Defendant (as detailed above) until resolution of Plaintiff's Motion for PI.

Dated: February 28, 2024                                   Respectfully Submitted,

                                                          */s/     Christopher J. Fahy*

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

*Counsel for Defendants*

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*
*Pro hac vice forthcoming*

William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

*Counsel for Defendants*