**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>                Plaintiff,<br><br>   v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>                Defendants. | CIVIL ACTION NO. 1:23-cv-16262<br><br>Judge: Hon. Jeffrey I. Cummings |

**DEFENDANTS' OPPOSED MOTION FOR REFERRAL
TO THE REGISTER OF COPYRIGHTS UNDER 17 U.S.C. § 411(b)(2)**

    Defendants Peiwen Luo and Yijun Wu (Defendant Nos. 10 and 17 on Schedule A of the Complaint, respectively) hereby move the Court under 17 U.S.C. § 411(b)(2) to refer to the Copyright Office the false ownership claims Plaintiff knowingly made in its applications for the Swag Bear copyright registrations.

    In support of the Motion, Defendants submit (1) their Memorandum in support of the Motion, (2) the Declaration of Haoyi Chen and accompanying exhibits, and (3) the "[Proposed] Request to the Register of Copyrights Pursuant to 17 U.S.C. § 411(b)(2)" (which is also being submitted via email per the Court's procedures).

    Plaintiff opposes this Motion. The parties have agreed on the following briefing schedule: Plaintiff's Opposition is due within two weeks of the filing of the Motion, and Defendants' Reply is due within two weeks of the filing of the Opposition.

Dated: March 5, 2024							Respectfully Submitted,

/s/ *William W. Flachsbart*

William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

*Counsel for Defendants*

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

*Counsel for Defendants*

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*
*Pro hac vice* forthcoming