IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>Defendants. | CIVIL ACTION NO. 1:23-cv-16262<br><br>Judge: Hon. Jeffrey I. Cummings |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE A SUR-REPLY**

Roadget's motion for leave to file a sur-reply should be denied, as it is procedurally defective. Even if the Court considers the sur-reply, it does not change the conclusion that Defendant Nos. 5, 8, 23, 24, 25, and 28 should be dismissed for lack of personal jurisdiction.

Roadget did not even attempt to meet and confer with Defendants on the request to file a sur-reply, as required by the Court's standing order. *See* Judge Jeffrey I. Cummings, *Civil Motion Practice*, Northern District of Illinois ("Before filing a motion, the movant's counsel must ask opposing counsel whether there is an objection to the motion and the motion should clearly indicate in the TITLE whether it is opposed or unopposed."). The motion should be denied on this ground alone.

If the motion is granted, Defendants respectfully request that the Court afford such permission only if Defendants also receive leave to file a short sur-sur-reply (as attached hereto). The sur-reply attempts to assert new caselaw theories about Rule 4(k)(2) and transfer of venue that should have been raised in opposition, instead of banked until a sur-reply. The accompanying sur-sur-reply permits the Court to weigh these new arguments in their appropriate context.

Dated: April 11, 2024

Respectfully Submitted,

/s/  Christopher J. Fahy

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

*Counsel for Defendants*

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*
*Pro hac vice forthcoming*

William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

*Counsel for Defendants*