IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:23-cv-16262<br><br>The Honorable Jeffrey I. Cummings |

NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANT KAMI CHILDRENS CLOTHING

**Please take notice** that under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Roadget Business Pte. Ltd., by and through its undersigned attorneys, voluntarily dismisses its claim against Defendant Yang Hai, d/b/a Kami childrens clothing (No. 9 on Schedule A to the Complaint) with prejudice. Defendant Yang Hai has not filed either an answer or a motion for summary judgment in this action.

Dated: April 26, 2024                                Respectfully submitted,

                                                                           /s/ *Steven J. Horowitz*
                                                         Steven J. Horowitz
                                                         Matthew D. Binder
                                                         Deepa A. Chari
                                                         **SIDLEY AUSTIN LLP**
                                                         One South Dearborn
                                                         Chicago, IL 60603
                                                         Telephone: (312) 853-7000
                                                         Facsimile: (312) 853-7036
                                                         shorowitz@sidley.com
                                                         mbinder@sidley.com
                                                         dchari@sidley.com

                                                         *Counsel for Plaintiff*
                                                         *Roadget Business Pte. Ltd.*