**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Roadget Business Pte. Ltd.

                    Plaintiff,

v.                    Case No.: 1:23−cv−16262

                    Honorable Jeffrey I Cummings

The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A Hereto

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 8, 2024:

    MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's unopposed motion for leave to file supplemental information [77] is granted. By agreement of the parties, defendants will file a response to the supplemental information by 5/16/24. The response shall not exceed five pages. Defendants' unopposed motion to join the previously filed motion for referral to the register of copyrights [74] is granted. Plaintiff's motion for leave to file sur−reply [72] and defendants' response [73] are taken under advisement. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.