**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:23-cv-16262<br><br>The Honorable Jeffrey I. Cummings |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT QIUBO**

**Please take notice** that under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Roadget Business Pte. Ltd., by and through its undersigned attorneys, voluntarily dismisses its claim against Defendant Guan Qiubo, d/b/a QIUBO, Pretty boy clothes (No. 21 on Schedule A to the Complaint) with prejudice. Defendant Guan Qiubo has not filed either an answer or a motion for summary judgment in this action.

| | |
|---|---|
| Dated: May 13, 2024 | Respectfully submitted,<br><br>/s/ *Steven J. Horowitz*<br>Steven J. Horowitz<br>Matthew D. Binder<br>Deepa A. Chari<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>shorowitz@sidley.com<br>mbinder@sidley.com<br>dchari@sidley.com<br><br>*Counsel for Plaintiff*<br>*Roadget Business Pte. Ltd.* |