**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Roadget Business Pte. Ltd. v. Schedule A

Case Number: 1:23-cv-16262

An appearance is hereby filed by the undersigned as attorney for:

Defs. 1-8, 10-12, 14, 17, 18, 20, 22-26, 28, 29,

Attorney name (type or print): William W. Flachsbart

Firm: Dunlap Bennett & Ludwig PLLC

Street address: 333 N. Michigan Ave.; Suite 2700

City/State/Zip: Chicago / IL / 60601

Bar ID Number: 6237069
(See item 3 in instructions)

Telephone Number: 312-551-9500

Email Address: wflachsbart@dbllawyers.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 22, 2024

Attorney signature: S/ William W. Flachsbart
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023