IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:23-cv-16262 <br><br> **Judge Jeffrey I. Cummings** |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS NOS. 19, 30, 31, 32, AND 33

Plaintiff Roadget Business Pte. Ltd., ("Plaintiff" or "Roadget"), by its counsel, moves this Court to enter Default and Default Judgment pursuant to Federal Rules of Civil Procedure 55(a) and 55(b)(2), against Defendants Nos. 19, 30, 31, 32, and 33 ("Defaulting Defendants") as listed on Schedule A, attached hereto as Exhibit A. A Memorandum of Law in support of this motion is filed concurrently with the motion.

May 23, 2024                                   Respectfully submitted,

                                               By: */s/ Steven J. Horowitz*
                                                 Steven J. Horowitz
                                                 Matthew D. Binder
                                                 Deepa A. Chari
                                                 **SIDLEY AUSTIN LLP**
                                                 One South Dearborn Street
                                                 Chicago, IL 60603
                                                 (312) 853-7000
                                                 shorowitz@sidley.com
                                                 mbinder@sidley.com
                                                 dchari@sidley.com

                                                 *Counsel for Plaintiff*
                                                 *Roadget Business Pte. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses provided by third parties for each of the Defaulting Defendants, including a link to said website.

|  |  |
|---|---|
| May 23, 2024 | Respectfully submitted, |
|  | By: */s/ Steven J. Horowitz* <br> Steven J. Horowitz <br> Matthew D. Binder <br> Deepa A. Chari <br> **SIDLEY AUSTIN LLP** <br> One South Dearborn Street <br> Chicago, IL 60603 <br> (312) 853-7000 <br> shorowitz@sidley.com <br> mbinder@sidley.com <br> dchari@sidley.com <br><br> *Counsel for Plaintiff* <br> *Roadget Business Pte. Ltd.* |