# **EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore, <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: |

**<u>SCHEDULE A</u>**

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 1. | Onepeace | https://www.temu.com/onepeace-m-634418210623242.html | https://www.temu.com/2pcs-boys-trendy-bear-outfit-hoodie-sweatpants-set-casual-hooded-long-sleeve-top-kids-clothes-for-spring-fall-g-601099522659038.html <br><br> https://www.temu.com/2pcs-boys-cartoon-trendy-bear-print-outfit-sweatshirt-active-pants-set-casual-long-sleeve-top-kids-clothes-for-spring-fall-winter-as-gift-g-601099525008186.html |
| 2. | Zoro A | https://www.temu.com/zoro-a-m-634418210883838.html | https://www.temu.com/stylish-teddy-bear-print-mens-2pcs-outfits-casual-hoodies-long-sleeve-pullover-hooded-sweatshirt-and-sweatpants-joggers-set-for-spring-fall-mens-clothing-g-601099524298078.html |
| 3. | Yestoday once more | https://www.temu.com/yestoday-once-more-m-115144875190.html | https://www.temu.com/plus-size-mens-cartoon-bear-graphic-print-casual-pants-for-spring-autumn-mens-clothing-g-601099520571114.html <br><br> https://www.temu.com/mens-clothing-plus-size-mens-kung-fu-bear-graphic-print-t-shirt-shorts-set-summer-trendy-oversized-2pcs-outfits-g-601099521630846.html <br><br> https://www.temu.com/funny-bear-print-elastic-waist-shorts-solid-casual-shorts-mens-clothing-plus-size-g-601099518270475.html |

1

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 4. | Zero series | https://www.temu.com/zero-series-m-161583733918.html | https://www.temu.com/mens-casual-trendy-cartoon-bear-graphic-print-sleeveless-tank-tops-summer-oversized-loose-vest-for-fitness-workout-training-plus-size-g-601099515206520.html<br><br>https://www.temu.com/mens-hip-hop-bear-graphic-casual-sports-loose-pocket-elastic-waist-drawstring-shorts-summer-clothes-for-big-and-tall-guys-plus-size-g-601099514615048.html |
| 5. | Perfect man | https://www.temu.com/perfect-man-m-300577180856.html | https://www.temu.com/cool-bear-print-mens-2pcs-streetwear-trendy-t-shirt-and-loose-drawstring-shorts-g-601099516154516.html |

2

| 6. | SALONI | https://www.temu.com/saloni-m-22744784646.html | https://www.temu.com/cool-bear-print-sweatshirt-for-boys-casual-graphic-design-with-stretch-fabric-for-comfortable-autumn-winter-wear-g-601099522764580.html<br><br>https://www.temu.com/boys-cartoon-dancing-bear-pattern-2pcs-sweatshirt-sweatpants-set-casual-outfits-kids-clothes-for-spring-fall-g-601099521079776.html<br><br>https://www.temu.com/boys-dancing-bear-pattern-outfit-2pcs-fleece-hoodie-sweatpants-set-kids-thermal-clothes-for-spring-fall-g-601099522216266.html<br><br>https://www.temu.com/2pcs-boys-casual-dancing-bear-graphic-print-short-sleeve-t-shirt-shorts-set-comfy-summer-kids-clothing-g-601099518653253.html<br><br>https://www.temu.com/2pcs-boys-dancing-bear-print-outfit-hoodie-sweatpants-set-casual-hooded-long-sleeve-top-kids-clothes-for-spring-fall-winter-g-601099524286201.html<br><br>https://www.temu.com/cool-dancing-bear-print-boys-creative-t-shirt-casual-lightweight-comfy-short-sleeve-tee-tops-kids-clothings-for-summer-g-601099518966633.html<br><br>https://www.temu.com/boys-shirt-overall-bear-graphic-short-sleeve-t-shirt-tops-kids-casual-tees-for-vacation-outfit-clothes-g-601099518926140.html<br><br>https://www.temu.com/cool-dancing-bear-print-boys-creative-long-sleeve-t-shirt-casual-lightweight-comfy-tops-kids-clothes-outdoor-g-601099523763522.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| | SALONI (cont'd) | | https://www.temu.com/2pcs-boys-trendy-bear-print-outfit-hoodie-sweatpants-set-casual-hooded-long-sleeve-top-kids-clothes-for-spring-fall-winter-g-601099524190322.html<br><br>https://www.temu.com/boys-anime-bear-print-hooded-sweatshirt-for-sports-outdoor-kids-clothing-g-601099522816509.html |
| 7. | EUROLATON | https://www.temu.com/eurolaton-m-2641699303802.html | https://www.temu.com/teddy-bear-print-hoodie-hoodies-for-men-mens-casual-graphic-design-pullover-hooded-sweatshirt-with-kangaroo-pocket-streetwear-for-winter-fall-as-gifts-g-601099520943832.html<br><br>https://www.temu.com/teddy-bear-print-t-shirt-tees-for-men-casual-short-sleeve-tshirt-for-summer-spring-fall-tops-as-gifts-g-601099518615953.html<br><br>https://www.temu.com/dope-teddy-bear-print-sweatshirt-mens-casual-graphic-design-slightly-stretch-crew-neck-pullover-sweatshirt-for-spring-fall-g-601099518838366.html<br><br>https://www.temu.com/hip-hop-cartoon-bear-pattern-comfy-shorts-mens-casual-slightly-stretch-elastic-waist-drawstring-shorts-for-summer-basketball-g-601099518876344.html |
| 8. | MUS TANG | https://www.temu.com/mus-tang-m-634418211403092.html | https://www.temu.com/-bear-with-black-t-shirt-print-mens-trendy-sweatshirt-casual-graphic-design-pullover-with-crew-neck-for-men-for-fall-and-winter-g-601099531191769.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 9. | Kami childrens clothing | https://www.temu.com/heller-lee-m-4507185008903.html | https://www.temu.com/kids-street-style-sweatshirt-cartoon-dancing-cool-bear-print-pullover-crew-neck-long-sleeve-top-casual-boys-clothes-for-spring-fall-g-601099520564796.html |
| 10. | BEAR BEST | https://www.temu.com/bear-best-m-322548678331.html | https://www.temu.com/street-style-bear-print-kids-hoodie-casual-hooded-long-sleeve-top-boys-clothes-for-spring-fall-g-601099519762244.html |
| 11. | Dan Jinjie Clothing Factory | https://www.temu.com/dan-jinjie-clothing-factory-m-6092120186535.html | https://www.temu.com/trendy-dancing-bear-print-boys-creative-t-shirt-casual-lightweight-comfy-short-sleeve-crew-neck-tee-tops-kids-clothings-for-summer-g-601099517923630.html<br><br>https://www.temu.com/2pcs-boys-hip-hop-bear-print-short-sleeve-outfit-t-shirt-shorts-set-kids-clothes-for-summer-as-gift-g-601099529527287.html |
| 12. | Happy Girl Clothes | https://www.temu.com/happy-girl-clothes-m-634418210929549.html | https://www.temu.com/2pcs-girls-trendy-bear-outfit-sweatshirt-sweatpants-set-kids-clothes-for-spring-fall-g-601099523020511.html |
| 13. | dingtao | https://www.temu.com/dingtao-m-323566059684.html | https://www.temu.com/mens-casual-boom-teddy-bear-print-crew-neck-short-sleeves-t-shirts-for-summer-g-601099514222255.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 14. | HACCEFE | https://www.temu.com/haccefe-m-692802483903.html | https://www.temu.com/teddy-bear-in-victory-pose-print-t-shirt-tees-for-men-casual-short-sleeve-tshirt-for-summer-spring-fall-tops-as-gifts-g-601099517823884.html |
| 15. | YAMEKISS | https://www.temu.com/yamekiss-m-4788787874074.html | https://www.temu.com/natural-print-t-shirt-tees-for-men-casual-short-sleeve-tshirt-for-summer-spring-fall-tops-as-gifts-g-601099517599367.html<br><br>https://www.temu.com/natural-print-t-shirt-tees-for-men-casual-short-sleeve-tshirt-for-summer-spring-fall-tops-as-gifts-g-601099517600180.html |
| 16. | Star winning men wear | https://www.temu.com/star-winning-men-wear-m-2423625442304.html | https://www.temu.com/dancing-bear-print-mens-2pcs-casual-t-shirt-and-loose-drawstring-shorts-for-summer-g-601099515870518.html |
| 17. | HEIMANANZHUANGDIAN | https://www.temu.com/heimananzhuangdian-m-4705148957303.html | https://www.temu.com/plus-size-mens-casual-graphic-tees-for-summer-skateboard-bear-print-crew-neck-oversized-t-shirts-trendy-chic-outfit-mens-clothings-g-601099514685764.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 18. | Good Boy Boy | https://www.temu.com/good-boy-boy-m-634418210955742.html | https://www.temu.com/bear-dancing-and-sleeping-panda-print-boys-creative-t-shirt-casual-lightweight-comfy-short-sleeve-tee-tops-kids-clothings-for-summer-g-601099521157610.html <br><br> https://www.temu.com/hip-hop-bear-dancing-print-boys-creative-t-shirt-casual-lightweight-comfy-short-sleeve-tee-tops-kids-clothings-for-summer-g-601099521032289.html |
| 19. | Brother fashion | https://www.temu.com/brother-fashion-m-6113810298823.html | https://www.temu.com/mens-stylish-bomb-and-kung-fu-bear-print-graphic-t-shirt-with-short-sleeves-for-summer-plus-size-g-601099517914981.html |
| 20. | Mens Prince | https://www.temu.com/mens-prince-m-634418210541769.html | https://www.temu.com/mens-cool-bear-print-round-neck-t-shirts-casual-graphic-tees-short-sleeves-tops-mens-pajamas-homewear-for-summer-g-601099519436656.html |
| 21. | QIUBO | https://www.temu.com/qiubo-m-634418211041937.html | https://www.temu.com/hip-hop-toy-bear-pattern-mens-t-shirt-for-summer-outdoor-street-cartoon-male-clothing-g-601099525819851.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 22. | Fighter planes | https://www.temu.com/fighter-planes-m-4929124937565.html | https://www.temu.com/cute-dancing-bear-graphic-print-mens-creative-top-casual-mid-stretch-short-sleeve-crew-neck-t-shirt-mens-tee-for-summer-outdoor-g-601099516371716.html<br><br>https://www.temu.com/swagging-bear-casual-mid-stretch-graphic-drawstring-shorts-mens-trendy-shorts-for-summer-g-601099515174789.html<br><br>https://www.temu.com/-bear-comfy-drawstring-joggers-mens-casual-breathable-loose-fit-slightly-stretch-pants-for-spring-summer-g-601099516069840.html |
| 23. | Pixie Babies | https://www.temu.com/pixie-babies-m-634418210853507.html | https://www.temu.com/cool-hip-hop-bear-print-boys-casual-creative-pullover-sweatshirt-long-sleeve-crew-neck-tops-kids-clothing-outdoor-g-601099521683328.html |
| 24. | Qgirlcloth | https://www.temu.com/qgirlcloth-m-6032971122220.html | https://www.temu.com/girls-lovely-sweet-t-shirt-cool-kung-fu-bear-graphic-print-tees-short-sleeve-tops-for-summer-kids-cotton-clothing-g-601099517943624.html |
| 25. | Because of U | https://www.temu.com/because-of-u-m-732165443614.html | https://www.temu.com/plus-size-mens-bear-t-shirt-for-summer-oversized-casual-tees-for-big-and-tall-guys-g-601099514876360.html |

8

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 26. | Zero A | https://www.temu.com/zero-a-m-2928208435180.html | https://www.temu.com/mens-cartoon-kungfu-bear-shorts-summer-casual-loose-wear-elastic-waist-drawstring-shorts-g-601099514720840.html |
| 27. | Zero Go | https://www.temu.com/zero-go-m-253968889088.html | https://www.temu.com/swagging-bear-casual-slightly-stretch-graphic-drawstring-shorts-mens-clothes-for-summer-g-601099514615805.html |
| 28. | liushixiongdi | https://www.temu.com/liushixiongdi-m-4358606009498.html | https://www.temu.com/mens-casual-swgging-bear-slightly-stretch-drawstring-shorts-male-clothes-for-summer-g-601099514119202.html |
| 29. | Step men clothing | https://www.temu.com/step-men-clothing-m-556255152095.html | https://www.temu.com/cute-funny-bear-print-summer-colorful-mens-shorts-for-sports-casual-loose-outdoor-drawstring-breathable-wear-g-601099513875971.html |
| 30. | Sea Giant Cotton Store | https://www.aliexpress.com/store/1103233003 | https://www.aliexpress.com/item/1005006176948882.html |
| 31. | Shop1102744136 Store | https://www.aliexpress.com/store/1102744137 | https://www.aliexpress.com/item/1005005463009201.html<br><br>https://www.aliexpress.com/item/1005005440311812.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 32. | Shop1102638177 Store | https://www.aliexpress.com/store/1102638178 | https://www.aliexpress.com/item/1005005486872146.html |
| 33. | Shop1102741198 Store | https://www.aliexpress.com/store/1102745085 | https://www.aliexpress.com/item/1005005439243696.html |