# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>                Plaintiff,<br><br>  vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                Defendants. | Case No.: 1:23-cv-16262<br><br>**Judge Jeffrey I. Cummings** |

### Declaration of Taylor J. Wilson

1. I am an attorney licensed to practice in Illinois and before this Court. I am counsel for Plaintiff Roadget Business Pte. Ltd. in this matter.

2. I submit this Declaration in support of Plaintiff's Motion for Entry of Default and Default Judgment. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify to these statements.

3. I hereby certify that the Defaulting Defendants (as defined in the accompanying Motion and Memorandum) were properly served with a summons, the Complaint, and the TRO on January 2, 2024, ECF No. 26, and February 29, 2024, ECF No. 59. I hereby certify that the Defaulting Defendants have failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

4. Based on contact information produced by third-party websites hosting the Defaulting Defendants' stores, the Defaulting Defendants are located in outside of the United States. Accordingly, I believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces. Based on the fact that the Defaulting Defendants operate online marketplaces, I believe that they are not infants or incompetent persons.

5. On December 5, 2023, a member of my team clicked each of the links to the Defendants' marketplaces which appear in the "Defendant Online Marketplace" column of Schedule A to the Complaint. They confirmed that, as of that date, each such Defendant seller offered shipping to the United States, including Illinois, and accepted payment in U.S. dollars from U.S. bank accounts.

6. Attached as Exhibit 2 to this Declaration are true and correct screenshots of the Defaulting Defendants' infringing product listings, which were taken by a member of my team on November 17, 2023.

7. Attached as Exhibit 1 to this Declaration are true and correct copies of the copyright registration certificates and showing Roadget's ownership of "Swag Bear," Registration No. VA 2-306-339 and Supplementary Registration Nos. VA 2-351-450 and VA 2-389-614.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2024

By: _____
Taylor J. Wilson