# __EXHIBIT 1__

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-389-614

**Effective Date of Registration:**
March 05, 2024
**Registration Decision Date:**
April 04, 2024

## Supplementary Registration

Supplement To: VA0002306339, 2022

## Title _____

Title of Work: Swag bear.

## Completion/Publication _____

Year of Completion: 2021
Date of 1st Publication: June 07, 2022
Nation of 1st Publication: United States

## Author _____

- Author: GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: China

## Copyright Claimant _____

Copyright Claimant: GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD.
Building 5, Four Seas City No. 388 East Hanxi Avenue, Nancun Village, Panyu District, Guangzhou, 511446, China

## Certification _____

Name: Julia M. Chester, Authorized agent of Guangzhou Shein International
Date: March 05, 2024

Correspondence: Yes

**Explanation of Corrections:**     Correcting claimant from Roadget Business Pte. Ltd. to Guangzhou Shein
International Import & Export Co., Ltd. Correcting date of first publication.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-351-450

**Effective Date of Registration:**
June 13, 2023
**Registration Decision Date:**
June 16, 2023

## Supplementary Registration

**Supplement To:** VA0002306339, 2022

## Title

**Title of Work:** Swag bear

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 10, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Guangzhou Shein International Import & Export Co. Ltd.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Roadget Business Pte. Ltd.
12 Marina Boulevard, 15 floor, Sinapore, Singapore
**Transfer statement:** By written agreement

## Certification

**Name:** Jeffrey Yee, Authorized agent of Roadget Business Pte. Ltd.
**Date:** June 13, 2023

**Correspondence:** Yes

**Explanation of Corrections:** correcting author from Roadget Business Pte. Ltd. to Guangzhou Shein Import Export International Co. Ltd.

**Explanation of Amplifications:** n/a

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-306-339

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
June 29, 2022

## Title

**Title of Work:** Swag bear

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 10, 2022
**Nation of 1st Publication:** China

## Author

- **Author:** ROADGET BUSINESS PTE. LTD.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Singapore

## Copyright Claimant

**Copyright Claimant:** ROADGET BUSINESS PTE. LTD.
7 Temasek Boulevard, #12-07, Suntec Tower One, Singapore, 038987,
Singapore

## Rights and Permissions

**Organization Name:** Ni, Wang & Massand, PLLC
**Name:** Timothy T. Wang
**Email:** twang@nilawfirm.com
**Telephone:** (972)331-4603
**Address:** 8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231 United States

## Certification

| | |
|---:|:---|
| **Name:** | Timothy T. Wang |
| **Date**: | June 03, 2022 |
| **Applicant's Tracking Number**: | ACIPGZ-130 |