IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>    Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | CIVIL ACTION NO. 1:23-cv-16262<br><br>Judge Hon. Jeffrey I. Cummings |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant No. 19 on the Schedule A to the Complaint, Guangzhou Rentaimei Trade Co., Ltd. d/b/a Brother fashion hereby moves—unopposed—for a twelve (12) day extension of time, or until June 12, 2024, in which to answer or otherwise plead in the above-captioned case. In support of this motion, Defendant states as follows:

1. On November 27, 2023, Plaintiff filed its complaint in the above-captioned action. (Dkt. 1)

2. Defendant's Answer was due on January 23, 2024.

3. Defendant recently retained Counsel and Counsel appeared on May 29, 2024. (Dkt. 83)

4. Defendant requires additional time to answer or otherwise plead in the above-captioned case and to engage in settlement discussions with Plaintiff.

THEREFORE, Defendant moves that this Court extend the time by which Defendant must answer or otherwise plead in the above-captioned case by twelve (12) days to June 12, 2024. Defendant has conferred with Plaintiff and Plaintiff does not oppose this relief.

Dated: May 31, 2024               Respectfully submitted,

*/s/ William W. Flachsbart*
William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*