# Exhibit A

LIBRARY OF CONGRESS
Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY**, that the attached are photocopies of the following items which appear in the correspondence files of the Copyright Office for the work entitled **SWAG BEAR; 1-13572918608.**

    1.    Automated email from Copyright Office sent to remitter 03/05/2024 05:25:05 PM.

    2.    Automated email from Copyright Office sent to remitter 03/05/2024 05:40:14 PM.

    3.    Email from Examiner Angello (cop-ad@loc.gov), sent 03/08/2024 01:14:33 PM to Julia M. Chester (jchester@sidley.com)

    4.    Email to Examiner Angello (cop-ad@loc.gov), received 04/03/2024 04:36:37 PM from Julia M. Chester (jchester@sidley.com)

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on June 27, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

## Correspondence Activities Report

**SR** 1-13572918608
**Activity Type:** Email - Outbound
**Created on:** 03/05/2024 05:25:05 PM
**Subject:** U.S. Copyright Office Application - Confirmation of Receipt - Supplementary Registration
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your application and payment for a Supplementary Registration of the work Swag bear. were received by the U.S. Copyright Office on 3/5/2024. Upon the Office's approval of a Supplementary Registration, in most cases, it is cross-referenced to the basic registration number for the work, which you identified as VA0002306339

PLEASE NOTE: This completes your submission. Do not send a copy of the work for which you are filing the Supplementary Registration.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of your Home screen.

You may check the status of this claim via eCO using this number 1-13572918608. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 03/05/2024 05:40:14 PM
**Subject:** U.S. Copyright Office Application - Confirmation of Receipt - Supplementary Registration
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your application and payment for a Supplementary Registration of the work Swag bear. were received by the U.S. Copyright Office on 3/5/2024. Upon the Office's approval of a Supplementary Registration, in most cases, it is cross-referenced to the basic registration number for the work, which you identified as VA0002306339

PLEASE NOTE: This completes your submission. Do not send a copy of the work for which you are filing the Supplementary Registration.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of your Home screen.

You may check the status of this claim via eCO using this number 1-13572918608. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 03/08/2024 01:14:33 PM
**Subject:** U.S. Copyright Office Application - 1-13572918608 Swag bear.
**Body:**

Dear Julia Chester:

Please respond to the questions below within 45 days and include the [THREAD ID], using the brackets, as part of your response. The [THREAD ID] is located below the Examiner's signature block. The [THREAD ID] must be in the body of your response, NOT the subject line. If you put the [THREAD ID] in the subject line, we will not get your message.

We are examining your registration for copyright, but we need some clarification from you on some issues.

1) The following parties may correct or amplify the information in a registration record:

- An author of the work.
- Any other party who is entitled to be named as a copyright claimant (i.e., a copyright owner who owns all of the rights that initially belonged to the author).
- An owner of one or more — but less than all — of the exclusive rights in the work.
- A duly authorized agent of any of the foregoing parties.

37 C.F.R. § 202.6(c). No other party may file an application for supplementary registration. For your supplementary application, there is no clear relationship between the applicant and the parties named in the basic registration. We request you submit a sworn declaration or other evidence demonstrating that the applicant is an author of the work, a party who is entitled to be named as a copyright claimant, an owner of one or more of the exclusive rights in the work, or an authorized agent of one of the foregoing parties.

2) Your application presents as the explanation for the change of claimant on the supplementary application as "correcting claimant from Roadget Business Pte. Ltd. to Guangzhou Shein International Import & Export Co., Ltd." This is not an appropriate explanation of why this change is being requested, especially in the light of this being the second supplementary registration requested for the basic registration VA0002306339.

Please provide a more detailed explanation for the change of claimant on the supplementary, such as the circumstance that found the error in claimant. Also, please confirm whether Guangzhou Shein International Import & Export Co., Ltd. was the correct copyright claimant for this work when the basic registration was filed on 6/3/2023.

Please note that if we do not receive a response to this message within 45 days, we will close this case without processing your registration or notifying you further and forward your deposit copy under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee.

The effective date of registration will be based on the new submission.

Sincerely,

Examiner Angello
Visual Arts Division
Office of Registration Policy & Practice
U.S. Copyright Office

IMPORTANT NOTE: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

Failure to comply exactly with our instructions will result in your email not being connected to your application, and your case will be closed without further correspondence from us.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-68VF268]

**Activity Type:** Email - Inbound
**Created on:** 04/03/2024 04:36:37 PM
**Attachment:** Y
**Subject:** RE: U.S. Copyright Office Application - 1-13572918608 Swag bear.
**Body:**

> **CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Dear Examiner Angello:

[THREAD ID:1-68VF268]

Thank you for your review of this application. To be clear, I am an authorized agent of Roadget Business Pte. Ltd. (the current copyright owner and applicant for ▮▮▮▮ (the "basic registration"), and also of Guangzhou Shein Import & Export Co., Ltd. ("GSI"), which is the correct author and claimant of the basic registration. GSI has already been identified as the correct author of the work in supplementary registration ▮▮▮▮.

You asked for evidence to establish that GSI is a party who is entitled to file an application for supplementary registration. To that end, we respectfully submit the attached sworn Declaration to demonstrate the relationship between GSI and Roadget Business Pte. Ltd., and also to demonstrate that GSI is entitled to file an application for supplementary registration, as it is
*both* an author of the work (as reflected in ▮▮▮▮)
and a party entitled to be named as a copyright claimant.

==You also asked for a more detailed explanation for the change of claimant. The attached sworn Declaration provides the requested explanation, including the requested confirmation that GSI was the correct copyright claimant for the Work when the basic registration was filed on June 3, 2022.==

Thank you for your time and attention to this matter. Please let me know if additional clarification or information is needed.

Sincere regards,

Julia

**JULIA M. CHESTER**

Counsel

**SIDLEY AUSTIN LLP**

2021 McKinney Avenue

Suite 2000

Dallas, TX 75201

+1 214 981 3308

jchester@sidley.com

www.sidley.com