# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Roadget Business Pte. Ltd.

                                      Plaintiff,

v.

                                      Case No.: 1:23−cv−16262

                                      Honorable Jeffrey I Cummings

The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A Hereto

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 6, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendant's opposed motion for leave to file sur−reply regarding the motion for preliminary injunction [55] and plaintiff's opposed motion for leave to file sur−reply regarding the motion to dismiss [72] are granted solely to the extent that the Court will consider those filings only as appropriate for the Court to do so when resolving the motions at issue. Defendant No. 19's unopposed motion for leave to join in the previously filed motion for referral to the Copyright Office [93] and adopt in full the prior briefing is granted. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.