# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>Defendants. | CIVIL ACTION NO. 1:23-cv-16262<br><br>Judge: Hon. Jeffrey I. Cummings |

## DEFENDANTS' SUR-REPLY REGARDING PLANTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants hereby provide a sur-reply brief pursuant to the Court's Minute Entry at ECF No. 97.

By way of background, Defendants filed the request for a sur-reply regarding the preliminary injunction (PI) briefing in order to (1) address the copyright ownership issues that were revealed in Plaintiff's reply brief in support of the PI, and (2) respond to Plaintiff's reply argument that personal jurisdiction was proper under Fed. R. Civ. P. 4(k)(2). *See* ECF No. 55. Defendants filed the request for sur-reply in February 2024, and the Court subsequently granted the request this month (August 2024). *See* ECF No. 97.

However, in the intervening months, Defendants have filed a motion to dismiss in which the parties fully briefed the Rule 4(k)(2) issue (ECF Nos. 50, 65, 66, 72, 73, 76), and Defendants have filed a motion for referral to the copyright office under 17 U.S.C. § 411(b)(2) in which the

parties fully briefed the copyright ownership issue. *See* ECF Nos. 63, 65, 70, 77, 80, 96. Therefore, as these issues were fully briefed in relation to the separate motions to dismiss and motion for referral to the copyright office, Defendants incorporate by reference these arguments to the extent that it would assist the Court on these issues as they relate to the PI briefing.

Dated: August 21, 2024                  Respectfully Submitted,

/s/ William W. Flachsbart

William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

*Counsel for Defendants*