UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Roadget Business Pte. Ltd.

Plaintiff,

v.

Case No.: 1:23−cv−16262

Honorable Jeffrey I Cummings

The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A Hereto

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2024:

MINUTE entry before the Honorable Jeffrey I Cummings: For the reasons set forth in the accompanying Memorandum Opinion and Order, defendants' motion to dismiss [49] is granted in part and denied in part. Enter Memorandum Opinion and Order. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.