IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>Defendants. | Case No.: 1:23-cv-16262<br><br>Hon. Jeffrey I. Cummings |

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS
YAMEKISS AND LIUSHIXIONGDI

**Please take notice** that under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Roadget Business Pte. Ltd., by and through its undersigned attorneys, voluntarily dismisses its claim against Defendants YAMEKISS and Liushixiongdi (Nos. 15 and 28 on Schedule A to the Complaint respectively) with prejudice. These Defendants have not filed either an answer or a motion for summary judgment in this action.

Dated: October 1, 2024

Respectfully submitted,

/s/ *Steven J. Horowitz*
Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
Taylor Wilson
Michael Springer-Ingram
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com
mspringeringram@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd.*