IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:23-cv-16262 <br><br> Judge Jeffrey I. Cummings |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1)(A), Plaintiff Roadget Business Pte. Ltd. ("Roadget") respectfully requests this Court extend the time to file an amended complaint to plead additional facts in support of joinder, by 28 days, to November 8, 2024. Defendants do not oppose this motion. No prior extensions were sought. In support of its request, Roadget states as follows:

1. This Court issued an order on September 27, 2024 (Dkt. 101) granting in part and denying in part Defendants' Motion to Dismiss or, Alternatively, to Sever (Dkt. 49). As part of its order, the Court granted Roadget "leave to file an amended complaint by October 11, 2024 to plead additional facts in support of joinder." Dkt. 101, at 17.

2. The parties are in the midst of settlement negotiations and anticipate settling as to some or all of the Defendants. Roadget requires additional time to determine whether filing an amended complaint will be necessary in light of the progress of settlement.

3. Accordingly, Roadget respectfully requests an extension of the time to file an amended complaint by four weeks until November 8, 2024.

October 4, 2024                          Respectfully submitted,

By: */s/ Steven J. Horowitz*
   Steven J. Horowitz
   Matthew D. Binder
   Deepa A. Chari
   Taylor Wilson
   Michael Springer-Ingram
**SIDLEY AUSTIN LLP**
   One South Dearborn Street
   Chicago, IL 60603
   (312) 853-7000
   shorowitz@sidley.com
   mbinder@sidley.com
   dchari@sidley.com
   taylor.wilson@sidley.com
   mspringeringram@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd*