IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:23-cv-16262<br><br>**Judge Jeffrey I. Cummings** |

**DECLARATION OF SERVICE OF MINUTE ORDER**

I, Deepa A. Chari, declare and state as follows:

1. I am an attorney licensed to practice in Illinois and before this Court. I am counsel for Plaintiff Roadget Business Pte. Ltd. in this matter. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify to these statements.

2. On September 27, 2024, this Court entered a Minute Order [103] entering an order of default as to Defendants 30, 31, and 32, and requiring Plaintiff to serve these Defendants with the Minute Order within one business day of its entry on the docket and promptly file proof of that service. The Minute Order stated: "Any objections to the motion for entry of default judgment must be filed on or before 10/11/24. If no objections are filed by that date, the Court will consider the motion unopposed."

1

3. On September 27, 2024, a member of my team sent an email to the email addresses for Defendants 30, 31, and 32 and attached the Minute Order [103].

4. On October 3, 2024, this Court entered a Minute Order [107] amending its prior Minute Order [103] to reflect that an order of default is entered against Defendants 30–33.

5. On October 8, 2024, a member of my team sent an email to the email addresses for Defendants 30, 31, 32, and 33 and attached the amended Minute Order [107]. The email is attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2024

_____
Deepa A. Chari