# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Wilson, Taylor J |
| **To:** | 19159330144@189.cn; 3087344532@qq.com; 610008588@qq.com; 530961394@qq.com |
| **Cc:** | Chari, Deepa A; Springer-Ingram, Michael; Horowitz, Steven; Yang, Irene |
| **Subject:** | RE: Service of Minute Order regarding Roadget"s Motion for Entry of Default and Default Judgment, Dkt. 103, Roadget v. Schedule A, Case No. 23-cv-16262 |
| **Date:** | Tuesday, October 8, 2024 3:40:22 PM |
| **Attachments:** | image001.png<br>Dkt. 107 Minute Entry.pdf |

Good afternoon,

Please see attached Minute Order amending the order entering default to include Defendant No. 33, Shop1102741198 Store, and resetting the deadline to file objections to default judgment to October 18, 2024.

Best,

Taylor Wilson

**TAYLOR J. WILSON**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 0161
taylor.wilson@sidley.com

> **From:** Wilson, Taylor J <taylor.wilson@sidley.com>
> **Sent:** Friday, September 27, 2024 5:25 PM
> **To:** 19159330144@189.cn; 3087344532@qq.com; 610008588@qq.com
> **Cc:** Chari, Deepa A <dchari@sidley.com>; Springer-Ingram, Michael <mspringeringram@sidley.com>; Horowitz, Steven <shorowitz@sidley.com>; Yang, Irene <irene.yang@sidley.com>
> **Subject:** Service of Minute Order regarding Roadget's Motion for Entry of Default and Default Judgment, Dkt. 103, Roadget v. Schedule A, Case No. 23-cv-16262
>
> Good afternoon,
>
> Please see attached for service a Minute Order by Judge Jeffrey I. Cummings of the United States District Court for the Northern District of Illinois, issued in Case 1:23-cv-16262. The order states "Any objections to the motion for entry of default judgment must be filed on or before October 11, 2024. If no objections are filed by that date, the court will consider the motion unopposed."
>
> In separate email, I have also shared with you a link to an online repository where you can find this minute order.
>
> Best,

Taylor Wilson

**TAYLOR J. WILSON**
Associate

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 0161
taylor.wilson@sidley.com
www.sidley.com

**SIDLEY**

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

****************************************************************************************************