**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>                    Plaintiff,<br><br>        vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                    Defendants. | Case No.: 1:23-cv-16262<br><br>**Judge Jeffrey I. Cummings** |

**SCHEDULE A TO FIRST AMENDED COMPLAINT**

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 1. | Onepeace | https://www.temu.com/onepeace-m-634418210623242.html | https://www.temu.com/2pcs-boys-trendy-bear-outfit-hoodie-sweatpants-set-casual-hooded-long-sleeve-top-kids-clothes-for-spring-fall-g-601099522659038.html<br><br>https://www.temu.com/2pcs-boys-cartoon-trendy-bear-print-outfit-sweatshirt-active-pants-set-casual-long-sleeve-top-kids-clothes-for-spring-fall-winter-as-gift-g-601099525008186.html |
| 2. | Zoro A | https://www.temu.com/zoro-a-m-634418210883838.html | https://www.temu.com/stylish-teddy-bear-print-mens-2pcs-outfits-casual-hoodies-long-sleeve-pullover-hooded-sweatshirt-and-sweatpants-joggers-set-for-spring-fall-mens-clothing-g-601099524298078.html |
| 4. | Zero series | https://www.temu.com/zero-series-m-161583733918.html | https://www.temu.com/mens-casual-trendy-cartoon-bear-graphic-print-sleeveless-tank-tops-summer-oversized-loose-vest-for-fitness-workout-training-plus-size-g-601099515206520.html<br><br>https://www.temu.com/mens-hip-hop-bear-graphic-casual-sports-loose-pocket-elastic-waist-drawstring-shorts-summer-clothes-for-big-and-tall-guys-plus-size-g-601099514615048.html |

| | | | |
|---|---|---|---|
| 6. | SALONI | https://www.temu.com/saloni-m-22744784646.html | https://www.temu.com/cool-bear-print-sweatshirt-for-boys-casual-graphic-design-with-stretch-fabric-for-comfortable-autumn-winter-wear-g-601099522764580.html <br><br> https://www.temu.com/boys-cartoon-dancing-bear-pattern-2pcs-sweatshirt-sweatpants-set-casual-outfits-kids-clothes-for-spring-fall-g-601099521079776.html <br><br> https://www.temu.com/boys-dancing-bear-pattern-outfit-2pcs-fleece-hoodie-sweatpants-set-kids-thermal-clothes-for-spring-fall-g-601099522216266.html <br><br> https://www.temu.com/2pcs-boys-casual-dancing-bear-graphic-print-short-sleeve-t-shirt-shorts-set-comfy-summer-kids-clothing-g-601099518653253.html <br><br> https://www.temu.com/2pcs-boys-dancing-bear-print-outfit-hoodie-sweatpants-set-casual-hooded-long-sleeve-top-kids-clothes-for-spring-fall-winter-g-601099524286201.html <br><br> https://www.temu.com/cool-dancing-bear-print-boys-creative-t-shirt-casual-lightweight-comfy-short-sleeve-tee-tops-kids-clothings-for-summer-g-601099518966633.html <br><br> https://www.temu.com/boys-shirt-overall-bear-graphic-short-sleeve-t-shirt-tops-kids-casual-tees-for-vacation-outfit-clothes-g-601099518926140.html <br><br> https://www.temu.com/cool-dancing-bear-print-boys-creative-long-sleeve-t-shirt-casual-lightweight-comfy-tops-kids-clothes-outdoor-g-601099523763522.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| | SALONI (cont'd) | | https://www.temu.com/2pcs-boys-trendy-bear-print-outfit-hoodie-sweatpants-set-casual-hooded-long-sleeve-top-kids-clothes-for-spring-fall-winter-g-601099524190322.html<br><br>https://www.temu.com/boys-anime-bear-print-hooded-sweatshirt-for-sports-outdoor-kids-clothing-g-601099522816509.html |
| 7. | EUROLATON | https://www.temu.com/eurolaton-m-2641699303802.html | https://www.temu.com/teddy-bear-print-hoodie-hoodies-for-men-mens-casual-graphic-design-pullover-hooded-sweatshirt-with-kangaroo-pocket-streetwear-for-winter-fall-as-gifts-g-601099520943832.html<br><br>https://www.temu.com/teddy-bear-print-t-shirt-tees-for-men-casual-short-sleeve-tshirt-for-summer-spring-fall-tops-as-gifts-g-601099518615953.html<br><br>https://www.temu.com/dope-teddy-bear-print-sweatshirt-mens-casual-graphic-design-slightly-stretch-crew-neck-pullover-sweatshirt-for-spring-fall-g-601099518838366.html<br><br>https://www.temu.com/hip-hop-cartoon-bear-pattern-comfy-shorts-mens-casual-slightly-stretch-elastic-waist-drawstring-shorts-for-summer-basketball-g-601099518876344.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 11. | Dan Jinjie Clothing Factory | https://www.temu.com/dan-jinjie-clothing-factory-m-6092120186535.html | https://www.temu.com/trendy-dancing-bear-print-boys-creative-t-shirt-casual-lightweight-comfy-short-sleeve-crew-neck-tee-tops-kids-clothings-for-summer-g-601099517923630.html<br><br>https://www.temu.com/2pcs-boys-hip-hop-bear-print-short-sleeve-outfit-t-shirt-shorts-set-kids-clothes-for-summer-as-gift-g-601099529527287.html |
| 16. | Star winning men wear | https://www.temu.com/star-winning-men-wear-m-2423625442304.html | https://www.temu.com/dancing-bear-print-mens-2pcs-casual-t-shirt-and-loose-drawstring-shorts-for-summer-g-601099515870518.html |
| 18. | Good Boy Boy | https://www.temu.com/good-boy-boy-m-634418210955742.html | https://www.temu.com/bear-dancing-and-sleeping-panda-print-boys-creative-t-shirt-casual-lightweight-comfy-short-sleeve-tee-tops-kids-clothings-for-summer-g-601099521157610.html<br><br>https://www.temu.com/hip-hop-bear-dancing-print-boys-creative-t-shirt-casual-lightweight-comfy-short-sleeve-tee-tops-kids-clothings-for-summer-g-601099521032289.html |
| 19. | Brother fashion | https://www.temu.com/brother-fashion-m-6113810298823.html | https://www.temu.com/mens-stylish-bomb-and-kung-fu-bear-print-graphic-t-shirt-with-short-sleeves-for-summer-plus-size-g-601099517914981.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 20. | Mens Prince | https://www.temu.com/mens-prince-m-634418210541769.html | https://www.temu.com/mens-cool-bear-print-round-neck-t-shirts-casual-graphic-tees-short-sleeves-tops-mens-pajamas-homewear-for-summer-g-601099519436656.html |
| 22. | Fighter planes | https://www.temu.com/fighter-planes-m-4929124937565.html | https://www.temu.com/cute-dancing-bear-graphic-print-mens-creative-top-casual-mid-stretch-short-sleeve-crew-neck-t-shirt-mens-tee-for-summer-outdoor-g-601099516371716.html<br><br>https://www.temu.com/swagging-bear-casual-mid-stretch-graphic-drawstring-shorts-mens-trendy-shorts-for-summer-g-601099515174789.html<br><br>https://www.temu.com/-bear-comfy-drawstring-joggers-mens-casual-breathable-loose-fit-slightly-stretch-pants-for-spring-summer-g-601099516069840.html |
| 26. | Zero A | https://www.temu.com/zero-a-m-2928208435180.html | https://www.temu.com/mens-cartoon-kungfu-bear-shorts-summer-casual-loose-wear-elastic-waist-drawstring-shorts-g-601099514720840.html |
| 27. | Zero Go | https://www.temu.com/zero-go-m-253968889088.html | https://www.temu.com/swagging-bear-casual-slightly-stretch-graphic-drawstring-shorts-mens-clothes-for-summer-g-601099514615805.html |

| No. | Defendant Seller | Defendant Online Marketplace | Product Links |
|---|---|---|---|
| 29. | Step men clothing | https://www.temu.com/step-men-clothing-m-556255152095.html | https://www.temu.com/cute-funny-bear-print-summer-colorful-mens-shorts-for-sports-casual-loose-outdoor-drawstring-breathable-wear-g-601099513875971.html |