IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., | |
| Plaintiff, | Case No.: 1:23-cv-16262 |
| vs. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT | Judge Jeffrey I Cummings |
| Defendants. | |

**AGREED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1)(A), Plaintiff Roadget Business Pte. Ltd.'s ("Roadget") and Defendants 1, 2, 4, 6, 7, 11, 18, 19, 20, 22, 26, 27, and 29 [1] ("Defendants") respectfully request this Court extend the time for Defendants to file an answer or otherwise respond to Roadget's First Amended Complaint by 14 days to December 6, 2024. No prior extensions were sought. In support of this request, the Parties state as follows:

---

[1] Defendant No. 1, Guangzhou Blackbeard Media Co., dba Onepeace; Defendant No. 2, Guangzhou Blackbeard Media Co., Ltd., dba Zoro A; Defendant No. 4, Guangzhou Dexian Clothing Co., Ltd., dba Zero Series; Defendant No. 6, Puning Liding Trading Co., Ltd., dba Saloni; Defendant No. 7, Guangzhou Tianhe District Shahederan Clothing Store, dba Eurolaton; Defendant No. 11, Foshan City Chancheng District Danjinjie Clothing Factory, dba Dan Jinjie Clothing Factory; Defendant No. 18, Shenzhen Kaiheng Qianse Clothing Co., Ltd., dba Good Boy Boy; Defendant No. 19, Guangzhou Retaimei Trade Co., Ltd., dba Brother fashion; Defendant No. 20, Shilumei Apparel (Guangzhou) Co., Ltd., dba Mens Prince; Defendant No. 22, Shenzhen Kaiheng Qianse Clothing Co., Ltd., dba Fighter Planes; Defendant No. 26, Shenzhen Kaiheng Qianse Clothing Co., Ltd., dba Zero A; Defendant No. 27, Guangzhou Dexian Clothing Co., Ltd., dba Zero Go; Defendant No. 29, Guangzhou Zuowei Clothing Co., Ltd., dba Step Men Clothing

1. Roadget filed its First Amended Complaint on November 8, 2024, setting Defendants' deadline to answer or otherwise respond to the First Amended Complaint as November 22, 2024.

2. Defendants 4, 7, 11, 18, 19, 20, 22, 26, 27 and 29 have settled, and the parties anticipate filing dismissals of those defendants shortly.

3. Defendants 1, 2, and 6 are in the midst of hopefully productive settlement negotiations. Any settlement may moot Defendants' need to answer or otherwise respond to the First Amended Complaint.

4. The request is made to assist the parties in settlement discussions, and permit time to file dismissals of the already-settled defendants.

Accordingly, Defendants respectfully request an extension of time to file an answer or otherwise respond to Roadget's First Amended Complaint by 14 days until December 6, 2024.

Dated: November 22, 2024               Respectfully submitted,

*/s/ Deepa A. Chari*                    */s/ William W. Flachsbart*
Steven J. Horowitz                      William W. Flachsbart
Deepa A. Chari                          DUNLAP BENNETT & LUDWIG
Taylor J. Wilson                        333 N. Michigan Ave. Suite 2700
Michael C. Springer-Ingram              Chicago, Illinois 60601
SIDLEY AUSTIN LLP                       Phone: 312-551-9500
One South Dearborn Street               wflachsbart@dbllawyers.com
Chicago, IL 60603                       *Counsel for Defendants*
(312) 853-7000
shorowitz@sidley.com                    Christopher J. Fahy
mbinder@sidley.com                      ARCH & LAKE LLP
dchari@sidley.com                       203 N. LaSalle St., Ste. 2100
taylorwilson@sidley.com                 Chicago, IL 60601
mspringeringram@sidley.com              Phone: 312-558-1369
*Counsel for Plaintiff Roadget Business Pte. Ltd*  Fax: 312-614-1873
                                        Christopher@archlakelaw.com
                                        *Counsel for Defendants*

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com
*Counsel for Defendants*
*Pro hac vice* forthcoming