IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:23-cv-16262 <br><br> **Judge Jeffrey I. Cummings** |

## PARTIES' JOINT MOTION FOR ENTRY OF A STIPULATED FINAL JUDGMENT AND INJUNCTION ORDER

Plaintiff Roadget Business Pte. Ltd. ("Roadget") and Defendant Guangzhou Blackbeard Media Co. d/b/a Onepeace and Zoro A (Defendant Nos. 1 and 2) (collectively, the "Parties"), by and through their respective counsel, move this court for entry of a stipulated final judgment and injunction order. The Parties have met and conferred, and have agreed to the terms of the proposed stipulated final judgment and injunction order attached hereto as Exhibit A as a resolution to this case. The Proposed Stipulated Final Judgment and Injunction Order has also been submitted to Proposed_Order_Cummings@ilnd.uscourts.gov in accordance with Judge Cummings's procedure.

| | |
|---|---|
| Dated: February 6, 2025 | Respectfully submitted, |
| /s/<br>Steven J. Horowitz<br>Deepa A. Chari<br>Taylor J. Wilson<br>Michael C. Springer-Ingram<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br>shorowitz@sidley.com<br>dchari@sidley.com<br>taylorwilson@sidley.com<br>mspringeringram@sidley.com<br>*Counsel for Plaintiff Roadget Business Pte. Ltd* | /s/<br>William W. Flachsbart<br>DUNLAP BENNETT & LUDWIG<br>333 N. Michigan Ave. Suite 2700<br>Chicago, Illinois 60601<br>Phone: 312-551-9500<br>wflachsbart@dbllawyers.com<br>*Counsel for Defendants*<br><br>Christopher J. Fahy<br>ARCH & LAKE LLP<br>203 N. LaSalle St., Ste. 2100<br>Chicago, IL 60601<br>Phone: 312-558-1369<br>Fax: 312-614-1873<br>Christopher@archlakelaw.com<br>*Counsel for Defendants*<br><br>Haoyi Chen<br>ARCH & LAKE LLP<br>2500 Wilcrest Dr.<br>Houston, Tx 77042<br>Phone: 346-335-9870<br>Fax: 312-614-1873<br>haoyichen@archlakelaw.com<br>*Counsel for Defendants*<br>*Pro hac vice* forthcoming |